```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  LINDA C. HARTER, #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   CHARLES YOUNG
4  Certified Student Attorney
   801 I Street, 3rd Floor
5  Sacramento, California 95814
   Telephone: (916) 498-5700
6

7
   Attorneys for Defendant
8  Pamela Davis

9

10                 IN THE UNITED STATES DISTRICT COURT

11                FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13 UNITED STATES OF AMERICA,      ) 2:12-cr-00284-KJN
                                  )
14            Plaintiff,          ) STIPULATION AND ORDER TO VACATE
                                  ) THE TRIAL CONFIRMATION HEARING
15     v.                         ) AND JURY TRIAL AND TO SET A
                                  ) CHANGE OF PLEA
16 PAMELA DAVIS,                  )
                                  ) Date: October 17, 2012
17            Defendant.          ) Time: 9:00 a.m.
                                  ) Judge: Hon. Kendall J. Newman
18 _____)
```

19      The United States Attorney through his respective counsel, JEFFREY

20 A. SPIVAK, Special Assistant United States Attorney, and LINDA C.

21 HARTER, Attorney for PAMELA DAVIS, and Certified Student Attorney,

22 CHARLES YOUNG, hereby stipulate to vacate the Trial Confirmation

23 Hearing set for September 19, 2012 at 9:00am and to vacate the Jury

24 Trial scheduled for October 15, 2012 at 9:00am.

25      Accordingly, the parties jointly request that a Change of Plea be

26 scheduled for October 17, 2012 at 9:00am before Magistrate Judge

27 Kendall J. Newman.

The parties stipulate that for the purpose of computing time under the Speedy Trial Act, the court should exclude time from the date of this order until October 17, 2012, under 18 U.S.C. § 3161 (h)(7)(B)(iv) [Local Code T4]. This exclusion of time will allow the parties to finalize the plea agreement.

Dated: September 18, 2012     Respectfully submitted,


                              DANIEL BRODERICK
                              Federal Defender


                              /s/ Linda C. Harter
                              LINDA C. HARTER
                              Chief Federal Defender
                              Attorney for PAMELA DAVIS

                              /s/ CHARLES YOUNG
                              CHARLES YOUNG
                              Certified Student Attorney


Dated: September 18, 2012     BENJAMIN B. WAGNER
                              United States Attorney


                              /s/ Jeffrey A. Spivak
                              JEFFREY A. SPIVAK
                              Special Assistant U.S. Attorney


                          O R D E R

**IT IS SO ORDERED.**


DATED:  September 18, 2012




                                      _____
                                      KENDALL J. NEWMAN
                                      UNITED STATES MAGISTRATE JUDGE